```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHARLIE BLOUNT,

                Plaintiff,

   - against -

NEW YORK CITY DEPARTMENT OF
CORRECTIONS, ET AL,

                Defendants.
------------------------------------------------------------X

07 Civ. 4020 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    By Order dated October 25, 2007, Plaintiff was to apprise the Court of his current mailing address within 30 days. Plaintiff, having failed to apprise the Court of his current mailing address, the case is dismissed without prejudice for failure to prosecute.

    IT IS SO ORDERED.

Dated: New York, New York
       December 4, 2007

                                                Robert P. Patterson, Jr.
                                                U.S.D.J.